PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Robert Hial Poirier**

**Docket No. 0:02CR00302-001(JNE)**

**Petition on Supervised Release**

COMES NOW **Douglas S. Stevens**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Robert Hial Poirier** who was sentenced for Threatening Interstate Communication on January 17, 2002, by the Honorable Lawrence P. Zatkoff, Eastern District of Michigan, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Mental Health aftercare
- Drug aftercare
- No contact with the victim.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On May 6, 2005, Mr. Poirier's urinalysis yield a positive test result for marijuana. Mr. Poirier admitted to his use.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following:

The defendant shall participate for a period of 30 days in a home detention program which may include electronic monitoring. The defendant shall be responsible for the costs of electronic monitoring.

ORDER OF THE COURT

Considered and ordered this 18th day of May, 2005 , and ordered filed and made a part of the records in the above case.

Honorable Joan N. Ericksen
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Douglas S. Stevens
U.S. Probation Officer

Executed on May 11, 2005
Place St. Paul

c: United States Sentencing Commission

SCANNED
MAY 16 2005
U.S. DISTRICT COURT ST. PAUL