UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 02-302(JNE)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT HIAL POIRIER,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | REASSIGNMENT OF<br>CRIMINAL CASE |

The above-referenced criminal case has been reassigned as follows:

| Criminal No. | Defendant Name | Remove AUSA | Add AUSA |
|---|---|---|---|
| 02-302(JNE) | Robert Hial Poirie | Paul A. Murphy | Joseph T. Walbran |

Dated: 6/14/05

Respectfully submitted,

THOMAS B. HEFFELFINGER
United States Attorney

*s/ Robert M. Small*

*for* PAUL A. MURPHY
Assistant United States Attorney