AO 83 (Rev. 12/85) Summons In A Criminal Case

# UNITED STATES DISTRICT COURT

## District of Minnesota

RECEIVED 05 JUN 23 PM 3:28 CLERK

2005 JUN 20 A 10: 0

UNITED STATES OF AMERICA

**SUMMONS IN A CRIMINAL CASE**

RECEIVED U.S. MARSHAL ST. PAUL MINN

v.

Case Number: CR 02-302(1) JNE

US MARSHALS SERVICE MPLS., MN JUN 21 9 34 AM '05 RECEIVED

Robert Hial Poirier

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| | |
|---|---|
| Place: | **Courtroom 9W, Ninth Floor**<br>**U.S. Courthouse**<br>**300 South Fourth Street**<br>**Minneapolis, MN 55415** |
| Before: | **Honorable Franklin L. Noel** |
| On: | **July 6, 2005 at 11:30 a.m.** |

To answer a(n) Order of the Court.

Brief description of offense:

Violation of Supervised Release

Mary Kay Furchner, Deputy Clerk

Dated: June 17, 2005

JUN 23 2005

AO 83 (Rev. 12/85) Summons In A Criminal Case

## RETURN OF SERVICE

Service was made by me: [1] Dep. S. Mason Date: 6-21-5

Check one of the boxes below to indicate appropriate method of service

☑ Service personally upon the defendant at: Residence - Maplewood

☐ Left summons at the defendant's dwelling house of usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: ______

☐ Returned unexecuted: ______

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 6-21-5
Date

AL Garber
Name of United States Marshal

[signature]
(by) Deputy United States Marshal
MASON 3618

Remarks:

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure