# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,
Plaintiff,

v.

Robert Hial Poirier,
Defendant.

**NOTICE OF APPEARANCE**

Case No: 02-302 JNE

Pursuant to the Court's order appointing counsel, the undersigned attorney hereby notifies the Court and counsel that Kurt B. Glaser, Attorney ID No. 228886, shall appear as appointed counsel of record for the above named defendant in this case.

Dated: July 7, 2005

*s/Scott F. Tilsen*
SCOTT F. TILSEN
Attorney ID No. 11005X
Attorney for Defendant
Federal Public Defender's Office
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
612-664-5858