UNITED STATES DISTRICT COURT, DISTRICT OF MINNESOTA
MINUTES OF PROCEEDINGS

DATE: July 6, 2005 U. S. MAGISTRATE JUDGE FRANKLIN L. NOEL
Reporter:
CR 02-302 JNE
Time commenced: 3:30 p.m.
Time concluded: 3:45 p.m.

United States Joseph T. Walbran

v.

Robert Hial Poirier Scott F. Tilsen

Defendant refused to sign the release order. The government and defense counsel agreed, based on the probation officer's report, defendant does not pose a danger or risk of flight. The court ordered defendant released on an unsecured bond and ordered him to appear before Judge Ericksen for a final revocation hearing on July 15, 2005, at 9:30 a.m. at the United States Courthouse, 316 North Robert Street, St. Paul.

s/ *Cathy Orlando*
Cathy Orlando, Judicial Assistant