**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA, 03cr107(1) (JNE/JGL)

Plaintiff,

V.

**NOTICE OF SUPERVISED RELEASE REVOCATION**

ROBERT HIAL POIRIER,

Defendant.

---

**TAKE NOTICE** that the above entitled matter is **scheduled** for **a SUPERVISED RELEASE REVOCATION hearing** on Tuesday, August 16, 2005 at 3:00 p.m., before Judge Joan N. Ericksen, Courtroom 3, St. Paul, Minnesota.

DATED: July 29, 2005

RICHARD D. SLETTEN
*Clerk*

s/ Sheri L. Frette
Sheri L. Frette *Deputy Clerk*

TO: Mr. James E. Lackner
Mr. Kurt B. Glaser
Mr. Doug S. Stevens, Probation Officer