PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Robert Hial Poirier**

**Docket No. 0:02CR00302-001(JNE)**

**AMENDED Petition on Supervised Release**

COMES NOW **Douglas S. Stevens**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Robert Hial Poirier** who was sentenced for Threatening Interstate Communication on January 17, 2002, by the Honorable Lawrence P. Zatkoff, sitting in the court at Detroit, MI, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Mental Health Treatment
- Drug Treatment
- Substance Abuse Testing
- No contact with the victim

On September 26, 2002, jurisdiction was transferred from the Eastern District of Michigan to the District of Minnesota.

*Modified as of 5/13/2005*:

- 30 days home detention/electronic monitoring

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

STANDARD CONDITION #7: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances.

On April 29, May 11, and 16, 2005, Mr. Poirier's urinalyses yielded positive results for marijuana. Subsequent laboratory analyses confirmed the presence of marijuana.

SPECIAL CONDITION #2: The defendant shall participate in a program approved by the Probation Department for substance abuse, which program may include testing to determine if the defendant has reverted to the use of drugs or alcohol.

On May 28, 2005, Mr. Poirier missed a urinalysis test in accordance with the code-a-phone schedule.

**On June 30, 2005; July 6, 14, 20, 23, 25, 29, 2005; and August 6, 2005, Mr. Poirier missed urinalysis tests in accordance with the code-a-phone schedule or officer instruction.**

SCANNED
AUG 1 6 2005
U.S. DISTRICT COURT ST. PAUL

PRAYING THAT THE COURT WILL ORDER **That the Petition on Supervised Release dated June 10, 2005, be amended to include the additional violations noted above.**

ORDER OF THE COURT

Considered and ordered this 16th day of August, 2005, and ordered filed and made a part of the records in the above case.

Honorable Joan N. Ericksen
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Douglas S. Stevens
U.S. Probation Officer

Executed on August 10, 2005
Place St. Paul